NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-16-0000577**
**13-MAR-2019**
**08:04 AM**

NO. CAAP-16-0000577

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JUSTIN D. DOBBS, Plaintiff-Appellant, v.
COUNTY OF MAUI; JAMES D. LLOY; FRANKLYN SILVA;
BILL D. PACHECO; HARRY MATSUURA, SR., Defendants-Appellees,
and JOHN DOES 1-10; DOE ENTITIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 12-1-0812(2))

ORDER OF CORRECTION
(By: Leonard, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order
of the court, filed on February 20, 2019, is hereby corrected as
follows:

1.    At page 10, line 5 from the top of the page,
replace the word "claims" with "claim" so as to read: as a means
to demonstrate causation in a HWPA claim.  Mussack,

2.    At page 12, line 3 from the top of the page,
replace the word "written" with "whistleblower" so as to read: of
the whistleblower complaint.  Director Silva averred that Dobbs's

---

[1]  Fujise, Presiding Judge, Leonard and Chan, JJ.

3.    At page 14, line 1 from the bottom of the page, replace "Furakawa" with "Furukawa" so as to read:  Soc'y, 85 Hawai'i 7, 14, 936 P.2d 643, 650 (1997).  Furukawa

4.    At page 15, line 10 from the top of the page, replace "Furakawa" with "Furukawa" so as to read: LCO Trainee Cullen Kawano (**Trainee Kawano**).  Under Furukawa, job

5.    At page 15, line 9 from the bottom of the page, replace "Furakawa" with "Furukawa" so as to read: the Furukawa test, only Trainee Kawano was similarly situated to

The clerk of the court is directed to incorporate the foregoing changes in the original Summary Disposition Order.

DATED: Honolulu, Hawai'i, March 13, 2019.

FOR THE COURT:

Associate Judge